UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **BETTY & DANNY ORTIZ,** | § | |
| | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:16-cv-141-O** |
| | § | |
| **SETERUS, INC., et al.,** | § | |
| | § | |
| **Defendants.** | § | |

## ORDER

Before the Court is Defendants' Joint Status Report and Scheduling Order (ECF No. 10), filed March 22, 2016.  On February 23, 2016, the Court issued a Meet and Confer Order for Plaintiffs to meet with Defendants to conduct a Scheduling Conference by March 8, 2016, and for the parties to submit a Joint Report on by March 22, 2016.  *See* Order, Feb. 23, 2016, ECF No. 5. Plaintiffs have failed to confer as ordered by the Court.

The Court **ORDERS** Plaintiffs to file a pleading explaining why they failed to follow the Court's February 23, 2016, Order requiring them to meet and confer with opposing counsel and to file a joint status report.  Plaintiffs must file this pleading no later than March 28, 2016.

Plaintiffs are advised that when a plaintiff fails to prosecute or to comply with a court order, the district court may *sua sponte* dismiss the action or claim pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.  Fed. R. Civ. P. 41(b); *Boudwin v. Graystone Ins. Co., Ltd.*, 756 F.2d 399, 401 (5th Cir. 1985).  Failure to follow this order may result in dismissal of this case.

**SO ORDERED** on this **23rd day** of **March, 2016.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE