# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| **BETTY & DANNY ORTIZ,** | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 4:16-cv-141-O |
| **SETERUS, INC., TERRY ROSS, CHRISTOPHER SUMMERS, FELECIA CLARK, AND JANNA CLARKE** | § § § § | |
| Defendants. | § | |

## DEFENDANT SETERUS, INC.'S RESPONSE TO PLAINTIFFS' MOTION TO REMAND

Defendant Seterus, Inc. ("Seterus") files this *Response to Plaintiffs' Motion for Remand and Challenge to Subject Matter Jurisdiction* and respectfully shows the Court as follows:

**I.**

Seterus believes that Plaintiffs' arguments were already addressed in the initial Notice of Removal, and that no further argument is necessary. (ECF No. 1.) Plaintiffs fail to recognize that the cause was removed both on diversity and federal question grounds. (ECF Nos. 1, 9.) If the Court prefers additional briefing, counsel for Seterus would be happy to provide it.

Further, Seterus would request that the Court take notice that Plaintiffs have failed to comply with the Court's Order for an explanation due by March 28, 2016. (ECF No. 11.)

**WHEREFORE, PREMISES CONSIDERED**, Defendant Seterus, Inc. requests that Plaintiffs' motion be denied. Seterus further prays for such other and further relief to which it is justly entitled.

Respectfully submitted,

By: */s/ Melvin L. Laurel*
**MARK D. CRONENWETT**
Texas Bar No. 00787303
mcronenwett@mwzmlaw.com
**MELVIN L. LAUREL**
Texas Bar No. 24074578
mlaurel@mwzmlaw.com

**MACKIE WOLF ZIENTZ & MANN, P.C.**
14160 North Dallas Parkway, Suite 900
Dallas, Texas 75254
Telephone: 214-635-2650
Facsimile: 214-635-2686

**ATTORNEYS FOR SETERUS, INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 5th day of April 2016, a true and correct copy of the foregoing document was delivered via the method indicated to the following parties:

*Via First-Class Mail and CMRRR 7011 1570 0001 7600 6345*
Betty Ortiz
Danny Ortiz
845 W. Cleburne Road
Crowley, TX 76036

*Via ECF*
Crystal G. Roach
Barrett Daffin Frappier Turner & Engel, LLP
15000 Surveyor Blvd., Ste. 100
Addison, Texas 75001

 */s/ Melvin L. Laurel*
**MELVIN L. LAUREL**